IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                      NO. 4:08CR00180-01 JLH

RENE ENRIQUE TINEO                                                                          DEFENDANT

**ORDER**

Transfer of jurisdiction in this matter was accepted by this Court from the District of Arizona on May 7, 2008. The government filed a motion to revoke supervised release on June 19, 2008. The basis of the motion to revoke were the charges alleged in an Indictment filed in case number 4:07CR00333-01 JMM, in the Eastern District of Arkansas on November 6, 2007.

The defendant subsequently entered a plea of guilty to count one of the Indictment in case number 4:07CR00333-01 JMM, and on October 2, 2008 he was sentenced to 70 months imprisonment, to be followed by four (4) years supervised release in that matter.

Mr. Tineo's term of supervised release in this case will expire while he is serving his term of incarceration in case number 4:07CR00333-01 JMM. The defendant is 63-years old, and it would appear he will face deportation proceedings upon completion of his current prison term.

As the government has taken no action in the present case, the motion to revoke is denied as moot. Document #2.

IT IS SO ORDERED this 30th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE